# UNITED STATES DISTRICT COURT
## for the
## Eastern District of California

UNITED STATES OF AMERICA, )
            v. )
                 )    Case No.    6:21-mj-00004 HBK
Ryan Andrew Guerra, )

## ORDER SETTING CONDITIONS OF RELEASE
### (Misdemeanor)

IT IS ORDERED that the defendant's release is subject to these conditions:

1. The defendant must not violate federal, state, or local law while on release;

2. The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose;

3. The defendant must notify the court through his attorney within 7 days if he is cited, arrested, or charged;

4. The defendant shall notify the court within 7 days of any change of address;

5. The defendant shall refrain from the use of any controlled substances;

6. Unless waived by the court, the defendant must appear before:    U.S. District Court, Yosemite on May 4, 2021 @ 10:00 am before Magistrate Judge Helena Barch-Kuchta.

*Place*

I, the defendant, have received this order of release and have either read all the conditions of release set by the court or had them explained to me. I agree to stay in close contact with my counsel and to apprise my counsel of any change in my conditions and/or contact information. Finally, I agree and understand to all these conditions and understand that a violation of any of these conditions can result in a warrant for my arrest and subsequent detention.

Date:    05/04/2021

*Defendant's signature*

Date: 12/04/2021

_____
Judicial Officer's Signature

Magistrate Judge Helena Barch-Kuchta
*Printed name and title*